1  MARC A. KARLIN, ESQ. Cal. SBN 137558
   **KARLIN & KARLIN**
2  A Professional Law Corporation
   3701 Wilshire Boulevard, Suite 1035
3  Los Angeles, California  90010
   (213) 365-1555
4  (213) 383-1166 facsimile
   mkarlin@karlaw.com
5

6  Attorneys for Applicants Mohamed Foda, M.D. and Mohamed Foda, P.C., a Canadian
7  professional corporation

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13

14 MOHAMED FODA, M.D.; MOHAMED      ) CASE NO. CV 08-80130 MISC RMW (Rsx)
   FODA, P.C., a Canadian professional )
   corporation,                     )
15                                  )
                Applicants,         ) **APPLICANTS' INQUIRY RE STATUS**
16                                  )
17     vs.                          )
                                    )
18                                  )
   RATEMDS, Inc., a California corporation, )
19                                  )
                Respondent.         )
20 _____ )
                                    )
21                                  )

22

23     TO THE COURT:

24     COME NOW APPLICANTS MOHAMED FODA, M.D., an individual, and

25 MOHAMED FODA, P.C., a Canadian professional corporation (hereinafter "Applicants"),

26 and hereby inquire as to the status of the instant Application for Order to Take Third Party

27 Discovery via subpoena.

28

                                  –1–

28 U.S.C. §1782 Application

–2–

Applicants are concerned as the limitations period of one or both of the two (2) legal proceedings currently pending before the Provincial Court (Court of Queen's Bench) in Edmonton, Alberta, Canada, is set to expire in the very near future.

Applicants look forward to hearing from the Court.

Respectfully submitted,

Date: July 14, 2008

                    KARLIN & KARLIN
                    A PROFESSIONAL LAW CORP.

By *[signature]*
MARC A. KARLIN
Attorneys for Applicants

28 U.S.C. §1782 Application